# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| MARK MAZZA, | : | No. 189 EAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MERCY HEALTH SYSTEM, D/B/A | : | |
| MERCY LIFE, BRIGHTVIEW SENIOR | : | |
| LIVING, LLC D/B/A BRIGHTVIEW EAST | : | |
| NORRITON, SHELTER GROUP, LLC, | : | |
| SHELTER DEVELOPMENT, LLC, | : | |
| SHELTER DEVELOPMENT HOLDINGS, | : | |
| INC., SUBURBAN GERIATRICS, | : | |
| ANDREW GRAF, M.D., PRIYA VASDEV, | : | |
| M.D., MERCY SUBURBAN HOSPITAL, | : | |
| SUBURBAN COMMUNITY HOSPITAL | : | |
| AND MERCY HEALTH SYSTEM, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 1st day of August, 2018, the Petition for Allowance of Appeal and Emergency Application for Stay are **DENIED**.